UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: JAMES MOY ENG a/k/a JAMES ENG; DIANE ENG<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 16-06974<br><br>Judge Donald R. Cassling |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

     PLEASE TAKE NOTICE THAT ON April 22, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, Kane County Courthouse, in Room 240, 100 South 3rd Street, Geneva Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

## CERTIFICATION

     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on April 15, 2016, with proper postage prepaid.

                                                  Pierce & Associates, P.C.

| | |
|---|---|
| *THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE* | /s/ Kinnera Bhoopal<br>Kinnera Bhoopal<br>ARDC# 6295897<br>1 N. Dearborn St. Suite 1300<br>Chicago, IL 60602<br>(312) 346-9088 |

## **NOTICE OF MOTION ADDRESSES**

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, IL 60532
**by Electronic Notice through ECF**

To Debtor:
JAMES MOY ENG, and DIANE ENG
682 Sandhurst Court
Carol Stream, IL 60188
**by U.S. Mail**

To Attorney:
Paul M. Bach
900 Jorie Boulevard Suite 150
Oak Brook, IL 60523
**by Electronic Notice through ECF**

Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: JAMES MOY ENG a/k/a JAMES ENG; DIANE ENG

*Debtor(s),*

Chapter 13

Case No.  16-06974

Judge Donald R. Cassling

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 682 Sandhurst Court, Carol Stream, IL 60188, be Modified, stating as follows:

1. On February 29, 2016, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. The Plan calls for the debtor to surrender the property located at 682 Sandhurst Court, Carol Stream, IL 60188.

4. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America continues to be injured each day it remains bound by the Automatic Stay.

5. Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America is not adequately protected.

6. The property located at 682 Sandhurst Court, Carol Stream, IL 60188 is not necessary for the debtor's reorganization.

7. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 682 Sandhurst Court, Carol Stream, IL 60188, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

/s/Kinnera Bhoopal
Kinnera Bhoopal
ARDC#6295897

Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088