Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

James Moy Eng
1011 Rockport Drive
Carol Stream, IL 60188
SSN: xxx−xx−5228   EIN: N.A.

Case No. : 16−06974
Chapter : 13
Judge : Janet S. Baer

Diane S Eng
682 Sandhurst Court
Carol Stream, IL 60188
SSN: xxx−xx−9585   EIN: N.A.

---

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
### OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: March 12, 2021

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 16-06974-JSB |
| James Moy Eng | Chapter 13 |
| Diane S Eng | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: bchavez | Page 1 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: defdso13 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Moy Eng, 1011 Rockport Drive, Carol Stream, IL 60188-2983 |
| jdb | #+ | Diane S Eng, 682 Sandhurst Court, Carol Stream, IL 60188-4337 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J Nelson | |
| | on behalf of Creditor Seterus  Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America anelson@atty-pierce.com, northerndistrict@atty-pierce.com |
| Dana N O'Brien | |
| | on behalf of Creditor Seterus  Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dana.obrien@mccalla.com, NDistrict@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Evan Lincoln Moscov | |

| | | |
|---|---|---|
| District/off: 0752-1 | User: bchavez | Page 2 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: defdso13 | Total Noticed: 2 |

                on behalf of Creditor SYNCHRONY BANK evan.moscov@moscovlaw.com  teresap@w-legal.com

Glenn B Stearns
                mcguckin_m@lisle13.com

Kinnera Bhoopal
                on behalf of Creditor Seterus  Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a
corporation organized and existing under the laws of the United States of America kinnera.bhoopal@mccalla.com,
mccallaecf@ecf.courtdrive.com

Mohammed O Badwan
                on behalf of Debtor 1 James Moy Eng mbadwan@sulaimanlaw.com
mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;Sulaiman.igotnotices@gmail.com;bkycourtinfo@gmail.com;ecfnotice
@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.c

Patrick S Layng
                USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 7